IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM B. COOPER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-993-WKW[WO] |
| | ) | |
| DANNY M. HAYES, doing business as | ) | |
| HAYES PROPERTIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On December 16, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. # 20), to which no timely objections were filed. Upon an independent review of the record, and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED, and that this case is DISMISSED with prejudice, pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure.

DONE this 5th day of January, 2010.

                                             /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE